UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM KIBNER, )<br>)<br>Defendant. ) | Civil No. 05-70011<br><br>Hon. Robert H. Cleland<br>Magistrate Judge Pepe |

## **JUDGMENT**

This matter having been submitted to the Court on the motion of the United States for summary judgment in the above-captioned proceeding, and the Court having reviewed the papers and having considered the matter, it is hereby

ORDERED, ADJUDGED AND DECREED that the United States' Motion for Summary Judgment is GRANTED, and it is further

ORDERED, ADJUDGED AND DECREED that judgment shall be entered in favor of the United States and against the defendant William Kibner for the unpaid federal income tax liabilities assessed against William Kibner for the tax years 1993, 1998, 1999, 2000, 2001, 2002, 2003, and the trust fund recovery penalty assessed against William Kibner, pursuant to 26 U.S.C. § 6672, in the total amount of $127,221.52, plus statutory additions and interest from November 30, 2005.

**IT IS SO ORDERED.**
**Date:**          _s/Robert H. Cleland_____
11/30/05          HON. ROBERT H. CLELAND
                  United States District Judge

1442724.1